UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                          CASE NO. 05-16085-BKC-AJC
MARIA TARAFA MARRERO
RIGOBERTO MARRERO

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 27.87 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( ) The trustee has a balance of $ .00 remaining in her bank account which represents small dividends as defined by FRBP 3010.

    Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

    WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: 12·10·10

NANCY N. HERKERT
CHAPTER 13 TRUSTEE

Copies to:

MARIA TARAFA MARRERO
RIGOBERTO MARRERO
3725 SW 92 AVE
MIAMI, FL 33165-4152

SANDRA NAVARRO-GARCIA, ESQ.
6337 SW 40 STREET
MIAMI, FL 33133

CHASE BANK-CIRCUIT CITY
CHASE BANK, USA, NA
POB 100018
KENNESAW, GA 30156-9204

U.S. Trustee
51 S. W. 1st Avenue
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                  CASE NO.   05-16085-BKC-AJC
MARIA TARAFA MARRERO
RIGOBERTO MARRERO

                                        CHAPTER 13


MARIA TARAFA MARRERO
RIGOBERTO MARRERO
3725 SW 92 AVE
MIAMI, FL 33165-4152


SANDRA NAVARRO-GARCIA, ESQ.
6337 SW 40 STREET
MIAMI, FL 33133


CHASE BANK-CIRCUIT CITY          ---------$          27.87
CHASE BANK, USA, NA
POB 100018
KENNESAW, GA 30156-9204
                                 UNDELIVERABLE/STALE
U.S. Trustee                     CLAIM REGISTER# 4
51 S.W. 1st Avenue
Miami, Florida 33130